United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RICARDO PENALOZA DIAZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, Houston Contract Detention Facility, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-26-3512 |

**ORDER**

The petitioner, Ricardo Penaloza Diaz, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On August 10, 2026, the respondent filed a Status Update stating that the petitioner was granted voluntary departed from the United States on June 29, 2026, and that ICE Enforcement and Removal Operations "is prepared to effectuate his departure."[1] (Docket Entry No. 7).

**No later than September 30, 2026**, counsel for the petitioner must provide the court with a status update explaining whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner is no longer in custody.

SIGNED on September 25, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

[1] Review of ICE's *Online Detainee Locator System* indicates that Penaloza Diaz is not currently in ICE custody. The location of an individual in ICE custody may be found by searching for that person by their A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Sept. 24, 2026).